**DURKIN & DURKIN, LLC**
B: M. Murphy Durkin, Esq. (Attorney ID 005791994)
**1120 Bloomfield Avenue**
**P.O. Box 1289**
**West Caldwell, New Jersey 07007**
**(973) 244-9969 - File No. 3394-200**
**Attorneys for Secured Creditor, Kearny Bank**

|  |  |
|---|---|
| In re: | : **UNITED STATES BANKRUPTCY COURT** |
|  | : **FOR THE DISTRICT OF NEW JERSEY** |
| Richard A. Fersch | : |
| Emily K. Anderson | : **CHAPTER 13** |
|  | : **CASE NO. 20-18150** |
|  | : |
| Debtor. | : |
|  | : **NOTICE OF APPEARANCE** |
|  | : **AND DEMAND FOR SERVICE** |

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT
        DISTRICT OF NEW JERSEY

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance and requests service of all pleadings in the above stated action on behalf of Secured Creditor, **Kearny Bank.**

            **DURKIN & DURKIN, LLC**
            Attorneys for Secured Creditor,
            Kearny Bank

      By:   S/<u>M. Murphy Durkin</u>
              M. Murphy Durkin

Dated:  August 4, 2020