DC-1

Ameriprise Financial Services, LLC
RiverSource Life Insurance Company
70100 Ameriprise Financial Center
Minneapolis, MN 55474
ameriprise.com

August 4, 2020

United States Bankruptcy Court
District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Client ID:
2266 9834 8 001

RE:    Chapter 13 Bankruptcy

Taxpayer: Richard A. Fersch & Emily K. Anderson
Taxpayer ID: XXX-XX-6641
Directed To: Ameriprise Financial

Dear Sir / Madam,

Our records indicate that the account(s) in the above taxpayer's name is inactive. Therefore, no monies are available and we are unable to freeze the account(s).

**Questions? We're here to help. Please contact:**

> Subpoenas and Garnishments Team 612.678.4122, Monday through Friday, 7a.m. to 4 p.m. Central Time

Sincerely,

Dan M McAskin

Dan McAskin
Senior Vice President, Clearing Operations
Ameriprise Financial Services, LLC

CC: Leg Cli 2266 9834 8 001

Insurance and annuities are issued by RiverSource Life Insurance Company, an Ameriprise Financial company. Ameriprise Brokerage is provided by Ameriprise Financial Services, LLC. Ameriprise Financial Services, LLC. Member FINRA and SIPC.
© 2011-2020 Ameriprise Financial, Inc. All rights reserved.

E520036CCCLGLLTRS01/^^LETTERID^^

Ameriprise Financial

[Stamp: 2020 AUG 13 AM 7:55 JEANNIE A. NAUGHTON BY: (signature) FILED NEWARK, NJ]

20-18150