|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**RAS Citron, LLC**<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number 973-575-0707<br>Attorneys For Secured Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing<br><br>Shauna Deluca, Esq. (SD-8248) |  |
| In Re:<br><br>**Richard A Fersch,**<br>    **Debtor.**<br><br>**Emily K. Anderson,**<br>    **Joint Debtor.** | Case No.:    20-18150-VFP<br><br>Chapter:    13<br><br>Judge:    Vincent F. Papalia |

## NOTICE OF MORTGAGE FORBEARANCE

The undersigned is the Attorney for Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing in this matter. On or about July 1, 2020, the Creditor was advised that the Debtor(s)' mortgage loan ending in 2471 ("subject mortgage loan"), secured by real property described as 51 AFTERGLOW AVE, VERONA, New Jersey 07044, has been impacted by COVID-19. Pursuant to State and/or Federal guidelines, a forbearance has been offered, the terms of which are as follows:

1. The parties agree to a forbearance period of 92 days and have elected to not tender mortgage payments to Creditor that would come due on the subject mortgage loan starting 7/01/2020 through 9/01/2020.

2. Debtor(s) will resume mortgage payments beginning 10/01/2020 and will be required to cure the delinquency created by the forbearance period ("forbearance arrears").

3. The payment amount currently is $4,538.60.

4. The Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. Creditor does not waive its rights under the terms of the note and mortgage or under

    other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

5. The Creditor does not waive its rights to seek relief from the automatic stay for reasons other than non-payment of the mortgage, including, but not limited to, a lapse in insurance coverage or payment of property taxes.

6. The Debtor(s) do not waive any rights upon expiration of the forbearance period. Prior to the expiration of the forbearance period, however, the Debtor(s) must take the following affirmative steps to address the status of the subject mortgage loan including, but not limited to: (a) bringing the account post-petition current; (b) requesting extension of the forbearance period; (c) applying for loss mitigation; and/or (d) amending the Chapter 13 Plan.

7. Any objection to this Notice must be filed and served not later than 14 days after the filing of the Notice. The Court may conduct a hearing on the objection.

**This Notice is intended to disclose a temporary forbearance of the Debtor(s)' obligation to remit post-petition payments for the forbearance period. Nothing within this Notice should be construed to alter any rights, duties, or deadlines that are not related to the remittance of post-petition mortgage payments.**

Dated: October 9 2020

        **RAS Citron, LLC**
        130 Clinton Road, Suite 202
        Fairfield, NJ 07004
        Telephone Number 973-575-0707
        Attorneys For Secured Creditor
        By: /s/ *Shauna Deluca*
        Shauna Deluca, Esquire
        NJ Bar Number: SD-8248
        Email: sdeluca@rasflaw.com