UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
130 Clinton Road, Suite 202
Fairfield, NJ 07004
Telephone Number 973-575-0707
Attorneys For Secured Creditor NewRez LLC d/b/a
Shellpoint Mortgage Servicing

Shauna Deluca, Esq. (SD-8248)

| | |
|---|---|
| In Re:<br><br>**Richard A Fersch,**<br><br>   **Debtor.**<br><br>**Emily K. Anderson,**<br><br>     **Joint Debtor.** | Case No.:    20-18150-VFP<br><br>Chapter:      13<br><br>Judge:      Vincent F. Papalia |

### <u>CERTIFICATION OF SERVICE</u>

1. I, Shauna Deluca, represent NewRez LLC d/b/a Shellpoint Mortgage Servicing in this matter.
2. On October 9, 2020, I caused a copy of the following pleadings and/or documents to be sent to the parties listed in the chart below: NOTICE OF MORTGAGE FORBEARANCE.
3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: October 9, 2020

> **RAS Citron, LLC**
> 130 Clinton Road, Suite 202
> Fairfield, NJ 07004
> Telephone Number 973-575-0707
> Attorneys For Secured Creditor
> By: /s/ *Shauna Deluca*
> Shauna Deluca, Esquire
> NJ Bar Number:  SD-8248
> Email: sdeluca@rasflaw.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Emily K. Anderson<br>Richard A Fersch<br>51 Afterglow<br>Verona, NJ 07044 | Debtors | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>□ Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Karina Pia Lucid<br>Karina Pia Lucid, ESQ., LLC<br>PO Box 230<br>3640 Valley Road<br>Suite 2a<br>Liberty Corner, NJ 07938 | Debtor's Attorney | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | □ Hand-delivered<br>[x] Regular mail<br>□ Certified Mail/RR<br>□ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>□ Other _____<br>(as authorized by the court*) |