Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18150−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Richard A Fersch
51 Afterglow
Verona, NJ 07044

Emily K. Anderson
51 Afterglow
Verona, NJ 07044

Social Security No.:
xxx−xx−6641

xxx−xx−3748

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 7/10/20 and a confirmation hearing on such Plan has been scheduled for 9/3/20.

The debtor filed a Modified Plan on 10/29/20 and a confirmation hearing on the Modified Plan is scheduled for 12/3/2020 at 8:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: November 2, 2020
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-18150-VFP
Richard A Fersch                                                                                    Chapter 13
Emily K. Anderson
         Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                  Page 1 of 3
Date Rcvd: Nov 02, 2020                     Form ID: 186                                 Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A Fersch, Emily K. Anderson, 51 Afterglow, Verona, NJ 07044-5122 |
| intp | + | Ameriprise Financial Services, LLC, RiverSource Life Insurance Co, 70100 Ameriprise Financial Center, Minneapolis, MN 55474-0701 |
| cr | + | Kearny Bank c/o Durkin & Durkin LLC, 1120 Bloomfield Avenue, West Caldwell, NJ 07006-7138 |
| 518903869 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518883968 | + | Ameriprise Financial I, 901 Third Ave. South, Minneapolis, MN 55402-3367 |
| 518883969 | + | Atlantic Highway Holdings Inc, 51 Afterglow Ave, Verona, NJ 07044-5122 |
| 518883970 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518927260 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 518883974 | + | Guaranteed Rate/dovenm, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 518904551 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518883977 | + | Jpmcb Card, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518905323 | + | Kearny Bank, c/o Durkin & Durkin LLC, 1120 Bloomfield Ave, PO Box 1289, Caldwell, NJ 07007-1289 |
| 518948661 | + | MUTUAL BANK, 570 WASHINGTON STREET, WHITMAN, MA 02382-1348 |
| 518883978 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518951837 | | New Residential Mortgage, LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518897499 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518883981 | ++ | USALLIANCE FEDERAL CREDIT UNION, 300 APOLLO DRIVE, CHELMSFORD MA 01824-3629 address filed with court:, Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 518883982 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 518883983 | + | Wfhm, Po Box 10335, Des Moines, IA 50306-0335 |
| 518883984 | + | William Oppenheim, MD, 225 Millburn Ave, Millburn, NJ 07041-1737 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2020 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2020 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 02 2020 21:25:23 | AIS Portfolio Services, LP Attn: BMW Financial Ser, 4515 N Santa F Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 02 2020 21:24:22 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 518883971 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Nov 02 2020 21:23:25 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518887863 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 02 2020 21:24:22 | BMW Financial Services NA, LLC, AIS Portfolio |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2020 | Form ID: 186 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518883972 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Nov 02 2020 21:23:28 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 519005407 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 02 2020 21:24:22 | Capital One Auto Finance, AIS Porfolio Services, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 518889867 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 02 2020 21:25:23 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518894309 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 02 2020 21:25:23 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518883973 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 02 2020 21:25:21 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518883975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 02 2020 20:45:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518883976 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 02 2020 21:23:19 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101 |
| 518883979 | + | Email/Text: ebn@rwjbh.org | Nov 02 2020 20:46:00 | St. Barnabas Medical Center, Payment Processing Center, P.O. Box 29960, New York, NY 10087-9960 |
| 518883980 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2020 21:25:16 | Syncb/bass, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | |
| | on behalf of Debtor Richard A Fersch klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 02, 2020 | Form ID: 186 | Total Noticed: 35 |

    on behalf of Joint Debtor Emily K. Anderson klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com

Marie-Ann Greenberg

    magecf@magtrustee.com

Murphy Durkin

    on behalf of Creditor Kearny Bank c/o Durkin & Durkin LLC maresta@durkinlawfirm.com  mdurkin@durkinlawfirm.com

Shauna M Deluca

    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7