KARINA PIA LUCID
KARINA PIA LUCID, ESQ., LLC
PO BOX 230
3640 VALLEY ROAD, SUITE 2A
LIBERTY CORNER, NJ  07938

Re:  RICHARD A FERSCH
  EMILY K. ANDERSON
  51 AFTERGLOW
  VERONA,  NJ  07044

Atty: KARINA PIA LUCID
  KARINA PIA LUCID, ESQ., LLC
  PO BOX 230
  3640 VALLEY ROAD, SUITE 2A
  LIBERTY CORNER, NJ  07938

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2021
#### Chapter 13 Case # 20-18150

## RECEIPTS AS OF 01/15/2021  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 07/24/2020 | $1,700.00 | 6960892000 | 08/14/2020 | $1,700.00 | 7012255000 |
| 09/21/2020 | $1,700.00 | 7099088000 | 10/14/2020 | $1,700.00 | 7157607000 |
| 11/23/2020 | $1,700.00 | 7251390000 | 12/24/2020 | $1,700.00 | 7328576000 |

**Total Receipts: $10,200.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $10,200.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2021  (Please Read Across)

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 765.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | AMERIPRISE FINANCIAL I | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0002 | ATLANTIC HIGHWAY HOLDINGS INC | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | BANK OF AMERICA | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | BMW FINANCIAL SERVICES | UNSECURED | 1,404.53 | 0.00% | 0.00 | 0.00 |
| 0006 | CAPITAL ONE BANK USA N | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | GUARANTEED RATE/DOVENM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | INTERNAL REVENUE SERVICE | PRIORITY | 0.00 | 100.00% | 0.00 | 0.00 |
| 0009 | JPMCB AUTO | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | JPMORGAN CHASE BANK NA | UNSECURED | 18,101.14 | 0.00% | 0.00 | 0.00 |
| 0011 | NEWREZ LLC | MORTGAGE ARRI | 20,025.81 | 100.00% | 0.00 | 0.00 |
| 0012 | ST. BARNABAS MEDICAL CENTER | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | SYNCB/BASS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0015 | MUTUAL BANK | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0016 | WELLS FARGO HM MORTGAG | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0017 | WFHM | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0018 | WILLIAM OPPENHEIM, MD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0021 | BMW FINANCIAL SERVICES | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0022 | UNITED STATES TREASURY/IRS | UNSECURED | 17,240.76 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 20-18150**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0023 | JPMCB CARD | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0024 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | 0.00 |
| 0025 | US BANK NATIONAL ASSOCIATION | UNSECURED | 11,481.75 | 0.00% | 0.00 | 0.00 |
| 0026 | AMERICAN EXPRESS BANK | UNSECURED | 4,772.20 | 0.00% | 0.00 | 0.00 |
| 0027 | KEARNY BANK | MORTGAGE ARRI | 51,551.02 | 100.00% | 0.00 | 0.00 |
| 0028 | USALLIANCE FEDERAL CR | MORTGAGE ARRI | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid:  $765.00**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 15, 2021.

Receipts: $10,200.00          -          Paid to Claims: $0.00          -          Admin Costs Paid: $765.00          =          Funds on Hand: $9,435.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.