| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>NewRez LLC d/b/a Shellpoint Mortgage Servicing | Order Filed on February 1, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Emily K. Anderson and Richard Fersch,<br><br>Debtor. | Case No.:  20-18150 VFP<br>Adv. No.:<br>Hearing Date:  9/3/2020 @ 8:30 a.m.<br>Judge:  Vincent F. Papalia |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: February 1, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtors:     Emily K. Anderson and Richard Fersch
Case No.:    20-18150 VFP
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing, holder of a mortgage on real property located at 51 Afterglow, Verona, NJ 07044, Denise Carlon appearing, by way of objection to the confirmation of Debtors' Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Karina Pia Lucid, Esquire, attorney for Debtors, Emily K. Anderson and Richard Fersch, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor is to amend the Proof of Claim within 60 days to reflect the forbearance agreement; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors shall pay the remaining claim arrearage of Secured Creditor in full through the Chapter 13 plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtors reserve the right to object to Secured Creditor's amended proof of claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.