Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18150−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard A Fersch | Emily K. Anderson |
| 51 Afterglow | 51 Afterglow |
| Verona, NJ 07044 | Verona, NJ 07044 |

Social Security No.:
  xxx−xx−6641                                      xxx−xx−3748

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on April 5, 2021.

Dated: April 5, 2021
JAN: mcp

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Richard A Fersch  
Emily K. Anderson  
    Debtors

Case No. 20-18150-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 05, 2021 | Form ID: plncf13 | Total Noticed: 35 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A Fersch, Emily K. Anderson, 51 Afterglow, Verona, NJ 07044-5122 |
| intp | + | Ameriprise Financial Services, LLC, RiverSource Life Insurance Co, 70100 Ameriprise Financial Center, Minneapolis, MN 55474-0701 |
| cr | + | Kearny Bank c/o Durkin & Durkin LLC, 1120 Bloomfield Avenue, West Caldwell, NJ 07006-7138 |
| 518903869 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518883968 | + | Ameriprise Financial I, 901 Third Ave. South, Minneapolis, MN 55402-3367 |
| 518883969 | + | Atlantic Highway Holdings Inc, 51 Afterglow Ave, Verona, NJ 07044-5122 |
| 518883970 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Po Box 982238, El Paso, TX 79998 |
| 518927260 | + | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 518883974 | + | Guaranteed Rate/dovenm, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 518904551 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518883977 | + | Jpmcb Card, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518905323 | + | Kearny Bank, c/o Durkin & Durkin LLC, 1120 Bloomfield Ave, PO Box 1289, Caldwell, NJ 07007-1289 |
| 518948661 | + | MUTUAL BANK, 570 WASHINGTON STREET, WHITMAN, MA 02382-1348 |
| 518883978 | + | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518951837 | | New Residential Mortgage, LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518897499 | | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518883981 | ++ | USALLIANCE FEDERAL CREDIT UNION, 300 APOLLO DRIVE, CHELMSFORD MA 01824-3629 address filed with court:, Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 518883982 | + | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 518883983 | + | Wfhm, Po Box 10335, Des Moines, IA 50306-0335 |
| 518883984 | + | William Oppenheim, MD, 225 Millburn Ave, Millburn, NJ 07041-1737 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 05 2021 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 05 2021 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 05 2021 22:56:29 | AIS Portfolio Services, LP Attn: BMW Financial Ser, 4515 N Santa F Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 05 2021 22:46:17 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 518883971 | | Email/PDF: ais.bmw.ebn@americaninfosource.com | Apr 05 2021 22:46:34 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518887863 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 05 2021 23:08:53 | BMW Financial Services NA, LLC, AIS Portfolio |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| | | | | |
|---|---|---|---|---|
| | | | | Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518883972 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Apr 05 2021 22:57:01 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 519005407 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 05 2021 23:08:53 | Capital One Auto Finance, AIS Porfolio Services, 4515 N Santa Fe Ave Dept APS, Oklahoma City, OK 73118-7901 |
| 518889867 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 05 2021 22:46:16 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518894309 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Apr 05 2021 22:56:29 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518883973 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Apr 05 2021 22:45:59 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518883975 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 05 2021 21:13:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518883976 | + | Email/Text: bk.notifications@jpmchase.com | Apr 05 2021 21:14:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 518883979 | + | Email/Text: ebn@rwjbh.org | Apr 05 2021 21:15:00 | St. Barnabas Medical Center, Payment Processing Center, P.O. Box 29960, New York, NY 10087-9960 |
| 518883980 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 05 2021 22:45:34 | Syncb/bass, C/o Po Box 965036, Orlando, FL 32896-0001 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 07, 2021            Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Richard A Fersch klucid@karinalucidlaw.com R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Emily K. Anderson klucid@karinalucidlaw.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 05, 2021 | Form ID: plncf13 | Total Noticed: 35 |

| | |
|---|---|
| | R43327@notify.bestcase.com;admin@karinalucidlaw.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Murphy Durkin | |
| | on behalf of Creditor Kearny Bank c/o Durkin & Durkin LLC maresta@durkinlawfirm.com  mdurkin@durkinlawfirm.com |
| Shauna M Deluca | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7