**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Richard A Fersch<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–6641<br>EIN    __–_____ |
| Debtor 2<br>(Spouse, if filing) | Emily K. Anderson<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3748<br>EIN    __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    20–18150–VFP

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Richard A Fersch                                Emily K. Anderson

<u>8/19/25</u>                                    **By the court:** <u>Vincent F. Papalia</u>
                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Richard A Fersch  
Emily K. Anderson  
    Debtors

Case No. 20-18150-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Aug 19, 2025      Form ID: 3180W      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A Fersch, Emily K. Anderson, 51 Afterglow, Verona, NJ 07044-5122 |
| intp | + | Ameriprise Financial Services, LLC, RiverSource Life Insurance Co, 70100 Ameriprise Financial Center, Minneapolis, MN 55474-0701 |
| cr | + | Kearny Bank c/o Durkin & Durkin LLC, 1120 Bloomfield Avenue, West Caldwell, NJ 07006-7138 |
| 518883968 | + | Ameriprise Financial I, 901 Third Ave. South, Minneapolis, MN 55402-3367 |
| 518883969 | + | Atlantic Highway Holdings Inc, 51 Afterglow Ave, Verona, NJ 07044-5122 |
| 518905323 | + | Kearny Bank, c/o Durkin & Durkin LLC, 1120 Bloomfield Ave, PO Box 1289, Caldwell, NJ 07007-1289 |
| 518948661 | + | MUTUAL BANK, 570 WASHINGTON STREET, WHITMAN, MA 02382-1348 |
| 518883984 | + | William Oppenheim, MD, 225 Millburn Ave, Millburn, NJ 07041-1737 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 19 2025 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 19 2025 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Aug 20 2025 00:31:00 | AIS Portfolio Services, LP Attn: BMW Financial Ser, 4515 N Santa F Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Aug 20 2025 00:31:00 | AIS Portfolio Services, LP Attn: Capital One Auto, 4515 N Santa Fe Ave, Dept APS, Oklahoma City, OK 73118-7901 |
| 518903869 | | Email/PDF: bncnotices@becket-lee.com | Aug 19 2025 20:49:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518883971 | | EDI: BMW.COM | Aug 20 2025 00:31:00 | Bmw Financial Services, Po Box 3608, Dublin, OH 43016 |
| 518927260 | + | EDI: BMW.COM | Aug 20 2025 00:31:00 | BMW Financial Services Attn: Customer Accounting, 5550 Britton Parkway, Hilliard, OH 43026-7456 |
| 518887863 | + | EDI: AISACG.COM | Aug 20 2025 00:31:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518883970 | + | EDI: BANKAMER | Aug 20 2025 00:31:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518883972 | | EDI: CAPONEAUTO.COM | Aug 20 2025 00:31:00 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 519005407 | + | EDI: AISACG.COM | Aug 20 2025 00:31:00 | Capital One Auto Finance, AIS Porfolio Services, 4515 N Santa Fe Ave Dept APS, Oklahoma City, |

Case 20-18150-VFP  Doc 62  Filed 08/21/25  Entered 08/22/25 00:14:51  Desc Imaged
Certificate of Notice  Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 19, 2025 | Form ID: 3180W | Total Noticed: 35 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | OK 73118-7901 |
| 518889867 | + EDI: AISACG.COM | Aug 20 2025 00:31:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518894309 | + EDI: AISACG.COM | Aug 20 2025 00:31:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518883973 | + EDI: CAPITALONE.COM | Aug 20 2025 00:31:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518883974 | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 19 2025 20:45:00 | Guaranteed Rate/dovenm, 1 Corporate Drive, Lake Zurich, IL 60047 |
| 518883975 | EDI: IRS.COM | Aug 20 2025 00:31:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518904551 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 19 2025 20:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518883976 | + EDI: JPMORGANCHASE | Aug 20 2025 00:31:00 | Jpmcb Auto, P.o. Box 901003, Fort Worth, TX 76101-2003 |
| 518883977 | ^ MEBN | Aug 19 2025 20:39:06 | Jpmcb Card, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518883978 | + Email/Text: mtgbk@shellpointmtg.com | Aug 19 2025 20:45:00 | New Res-shellpoint Mtg, 55 Beattie Place, Greenville, SC 29601-2165 |
| 518951837 | Email/Text: mtgbk@shellpointmtg.com | Aug 19 2025 20:45:00 | New Residential Mortgage, LLC, c/o NewRez LLC d/b/a Shellpoint Mortgage, PO Box 10826, Greenville, SC 29603-0826 |
| 518883979 | + Email/Text: ebn@rwjbh.org | Aug 19 2025 20:46:00 | St. Barnabas Medical Center, Payment Processing Center, P.O. Box 29960, New York, NY 10087-9960 |
| 518883980 | + EDI: SYNC | Aug 20 2025 00:31:00 | Syncb/bass, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518897499 | EDI: USBANKARS.COM | Aug 20 2025 00:31:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 518883981 | Email/Text: bankruptcy@usalliance.org | Aug 19 2025 20:45:00 | Usalliance Federal Cr, 411 Theodore Fremd Ave, Rye, NY 10580 |
| 518883982 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 19 2025 20:48:59 | Wells Fargo Hm Mortgag, Po Box 10335, Des Moines, IA 50306-0335 |
| 518883983 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 19 2025 20:49:26 | Wfhm, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 21, 2025            Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Karina Pia Lucid | on behalf of Debtor Richard A Fersch 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Karina Pia Lucid | on behalf of Joint Debtor Emily K. Anderson 15020@notices.nextchapterbk.com;courtnotices@karinalucidlaw.com |
| Laura M. Egerman | on behalf of Creditor NewRez LLC D/B/A Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Monika Mazurczyk | on behalf of Joint Debtor Emily K. Anderson monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Monika Mazurczyk | on behalf of Debtor Richard A Fersch monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Murphy Durkin | on behalf of Creditor Kearny Bank c/o Durkin & Durkin LLC maresta@durkinlawfirm.com mdurkin@durkinlawfirm.com |
| Shauna M Deluca | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11